Form 27 - AFFIDAVIT OF SERVICE



**KASELL LAW FIRM**
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

ROSHDY MIKHAEL

PLAINTIFF

- vs -

SMG AUTOMOTIVE HOLDINGS LLC D/B/A, BROOKLYN CHRYSLER JEEP DODGE RAM, ETAL

DEFENDANT

Index No. **1:25-cv-06379-EK-TAM**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **08TH** day of **DECEMBER, 2025 12:54PM** at
**2286 FLATBUSH AVENUE**
**BROOKLYN NY 11224**
I served a true copy of the **EXHIBIT(S), JURY TRIAL DEMANDED, SUMMONS AND COMPLAINT** upon **SMG AUTOMOTIVE HOLDINGS LLC D/B/A, BROOKLYN CHRYSLER JEEP DODGE RAM** the **DEFENDANT** therein named by delivering to, and leaving personally with **Phillip Conrad, MANAGER**, who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**. I affirm that **Phillip Conrad** confirmed their authority after my inquiry, identified their role and explained their responsibilities, which include accepting service of process for the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

GENDER: **MALE**   PERCEIVED RACE: **WHITE** HAIR: **BLACK**
APP.AGE: **45-55** APP. HT: **6ft1in**   APP. WT: **200**
OTHER IDENTIFYING FEATURES

COMMENTS:

Sworn to before me this
10TH day of DECEMBER, 2025

SELENA INES ADAMES
Notary Public, State of   New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2029

ASSMET ABDERRAHMAN #1115274
Lexitas - DCWP #2098109
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-KLF2-25655732