# Kasell Law Firm

January 26, 2026

*via CM/ECF*

Hon. Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

> Re: *Mikhael v. SMG Automotive Holdings LLC, et al.*, 25 Civ. 6379 (EK) (TAM) — Letter Motion for Leave to File Amended Complaint

Judge Merkl:

Plaintiff respectfully submits this letter motion seeking leave, pursuant to Federal Rule of Civil Procedure 15(a)(2) and the Court's Individual Practices, to file the attached Amended Complaint. The proposed amendments are limited, non-prejudicial, and largely corrective. They fall into two categories.

*First*, the Amended Complaint corrects the identity of the manufacturer defendant. The original Complaint inadvertently named "Stellantis North America, Inc." as the manufacturer of the subject vehicle. Plaintiff subsequently determined that the correct legal entity is FCA US LLC. FCA US LLC is the successor to Chrysler Group LLC and has long been the operating U.S. manufacturer for Chrysler, Dodge, Jeep, and Ram vehicles. Following the 2021 global merger that created Stellantis N.V., FCA US LLC continued to exist as a distinct U.S. operating subsidiary and remains the proper entity responsible for manufacturing and warranty obligations relating to Dodge vehicles sold or leased in New York. The Amended Complaint substitutes FCA US LLC in place of Stellantis North America, Inc. and updates the party allegations accordingly. No new defendant is added, and the claims asserted against the manufacturer are unchanged.

*Second*, the Amended Complaint makes modest conforming edits to the caption and party section to reflect this correction and clarifies the manufacturer's corporate status and principal place of business. The factual allegations, causes of action, and requested relief remain the same as those pleaded in the original Complaint. No additional claims are asserted, no new facts giving rise to liability are introduced, and no defendant is prejudiced by the amendment.

Plaintiff also notes, for avoidance of any confusion, that under this Court's practice the operative caption is set forth in the most recently filed pleading. Accordingly, upon the filing of the Amended Complaint, the caption reflected therein will govern, even if the ECF case header continues to display the original caption. Plaintiff does not seek any separate relief directing the Clerk to modify the docket caption, as the amendment itself effects the correction.

1038 Jackson Avenue #4 • Long Island City, NY 11101

Phone 718.404.6668

# Kasell Law Firm

The amendment is sought early in the litigation, before any substantive motion practice, and granting leave will serve Rule 15's strong preference for resolving cases on the merits rather than on technical pleading errors.

For these reasons, Plaintiff respectfully requests leave to file the Amended Complaint attached herewith.

Respectfully submitted,
/s/ David M. Kasell
David M. Kasell, Esq.
KASELL LAW FIRM
1038 Jackson Avenue, #4
Long Island City, NY 11101
Tel: (718) 404-6668
Email: david@kaselllawfirm.com
Attorney for Plaintiff Roshdy Mikhael

2