# Kasell Law Firm

September 17, 2026

***via CM/ECF***

The Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *Mikhael v. SMG Automotive Holdings LLC et al.*, No. 1:25-cv-06379 (EK) (TAM) (E.D.N.Y.): Joint Status Report Regarding Completion of Settlement**

Dear Judge Merkl:

This firm represents Plaintiff Roshdy Mikhael in the above-referenced matter and writes jointly with counsel for Defendants SMG Automotive Holdings LLC ("SMG"), STK Logistics Inc. ("STK"), and FCA US LLC ("FCA"). Pursuant to the Court's August 20, 2026, Order, the parties have met and conferred and respectfully submit this joint letter apprising the Court of their progress in completing the non-monetary terms of the settlement and proposing a date by which the stipulation of dismissal will be filed.

By way of background, on June 26, 2026, Plaintiff filed a notice of settlement (ECF No. 43). Because the resolution is a vehicle repurchase under the New York Lemon Law, the parties asked the Court to retain jurisdiction until the settlement was completed, and the Court granted that request (Order, June 29, 2026). As Plaintiff reported on August 19, 2026 (ECF No. 44), although counsel had been contacted by the manufacturer's buyback agent, no date had then been provided for the retrieval and repurchase of the vehicle.

Following the Court's August 20, 2026, Order, Plaintiff's counsel wrote to counsel for all Defendants on September 15, 2026, requesting the status of the buyback and a firm date for its completion. Counsel for SMG advised on September 16, 2026, that SMG's settlement contribution was transmitted to FCA's counsel on or about August 5, 2026, so that all of the Defendants' settlement payments may be disbursed to Plaintiff together upon completion of the repurchase.

The parties are pleased to report that the buyback is now moving forward. On September 17, 2026, FCA's Reacquired Vehicles Processing Department contacted Plaintiff's counsel to schedule the surrender of the vehicle, offering appointment times on September 21 and September 22, 2026, at Island Chrysler



1038 Jackson Avenue #4 • Long Island City, New York 11101
Phone 718.404.6668

Dodge Jeep Ram, 1239 Hylan Boulevard, Staten Island, New York 10305. Plaintiff has selected September 22, 2026, at 10:00 a.m., at which time Plaintiff will surrender the vehicle and the repurchase will be processed. The parties anticipate that the settlement funds will be disbursed to Plaintiff promptly following the surrender.

In light of the foregoing, the parties respectfully propose that they file a stipulation of dismissal with prejudice on or before **October 23, 2026**, which allows thirty (30) days following the scheduled surrender for the repurchase to be processed and the settlement funds to be received and cleared. Should the surrender or the disbursement of funds not occur as anticipated, Plaintiff will promptly so advise the Court and reserves the right to seek appropriate relief, including enforcement of the settlement.

We thank the Court for its continued attention to this matter.

Respectfully submitted,
**Kasell Law Firm**

By: /s/ David M. Kasell
David M. Kasell
*Attorney for Plaintiff Roshdy Mikhael*
1038 Jackson Avenue, Suite #4
Long Island City, New York 11101
Office: (718) 404-6668
Email: david@kaselllawfirm.com

cc: Rick C. Kim, Esq., LaBonte Law Group, PLLC, counsel for Defendant SMG Automotive Holdings LLC (via CM/ECF)

Mark DiGesu, Esq. and Steven C. DePalma, Esq., OGC Solutions LLP, counsel for Defendant STK Logistics Inc. (via CM/ECF)

Mark W. Skanes, Esq., The Rose Law Firm PLLC, counsel for Defendant FCA US LLC (via CM/ECF)